HENRIETTA GOLDSTEIN v. ISRAEL GOLDSTEIN.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

S<small>AMUEL</small> R<small>OTHMAN</small> v. W<small>M</small>. J. O<small>BERDORFER</small>, I<small>NC</small>.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.